115 A.3d 310

Donald HARRIS, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Respondent.

No. 24 EM 2015.

Supreme Court of Pennsylvania.

May 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

Docket entries indicate that the Court of Common Pleas of Philadelphia County has acted in compliance with the Superior Court's April 10, 2010 remand order. *See Commonwealth v. Harris,* CP–51–CR–0902871–2003 (orders dated 3/15/2011; 4/23/2012; and 7/23/2012).